## ROURKE et al. v. COCKRELL.

No. 12442—Opinion Filed Nov. 6, 1923.

**Appeal and Error—Failure of Defendant in Error to File Brief—Reversal.**

Where the plaintiffs in error have duly filed and served brief in compliance with the rule of the Supreme Court, and defendant has neither filed brief nor offered excuse for failure so to do, the Supreme Court will not search the record to find some theory upon which the judgment may be sustained; but where the brief filed appears reasonably to sustain any assignment of prejudicial error, the judgment will be reversed.

(Syllabus by Jarman, C.)

Commissioners' Opinion, Division No. 2.

Error from District Court, Oklahoma County.

Action by A. M. Cockrell against S. A. Rourke and Merchants Southwest Transfer & Storage Company, a corporation. Judgment for plaintiff, and defendants bring error. Judgment of the lower court is reversed.

Gasper Edwards, for plaintiffs in error.

L. D. Mitchell, for defendant in error.

Opinion by JARMAN, C. This is an appeal from the district court of Oklahoma county. The plaintiffs in error filed their brief August 13, 1923. No brief has been filed by the defendant in error and no extension of time has been given to file same and no reason has been assigned by the defendant in error as to why he has not filed brief. The brief of the plaintiffs in error appears to reasonably sustain the assignments of error, and under the rule of this court, the record will not be searched to find some theory upon which the judgment of the lower court may be sustained.

The judgment of the lower court is reversed.

By the Court: It is so ordered.